No. 767. Sabin et al. v. Home Owners' Loan Corporation. June 2, 1941.

No. 918. Liberty Mutual Insurance Co. v. Lee. On petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. May 12, 1941. Dismissed on motion of counsel for petitioner. *Mr. T. J. Blackwell* for petitioner.

No. 6, original. Kentucky v. Indiana. May 26, 1941. An order is entered striking this case from the docket pursuant to stipulation of counsel. *Messrs. Hubert Meredith,* Attorney General of Kentucky, and *A. E. Funk,* Assistant Attorney General, for complainant. *Messrs. George N. Beamer,* Attorney General of Indiana, *Joseph W. Hutchinson,* and *Urban C. Stover,* Deputy Attorneys General, for defendants. See 281 U. S. 163.